

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2023
```

December 4, 2023

<u>VIA ECF</u>
The Honorable Analisa Torres, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Kromah v. Amerivents Catering LLC</u>, 1:23-cv-8152 (AT)

Dear Judge Torres:

      This firm represents the Plaintiff. We submit this letter regarding Defendant's failure to file the required Fed. R. Civ. P. 7.1 Disclosure Statement, Notice of Appearance and apparent failure to register with the ECF system.

      On November 17, 2023, Defendant filed its Answer (Doc. No. 10) but did not file the required Disclosure Statement nor a Notice of Appearance. It also appears Defense Counsel has not registered with the Court's ECF system, as Electronic Case Filing Rules and Instructions 2.1 requires. Plaintiff states this "appears" to be the case because the docket entry for the November 17 Answer does not indicate an electronic notice was sent to Defense counsel.

      Hoping to avoid involving the Court on this, Plaintiff's counsel has called and emailed Defense counsel on these issues, but we have received no response.

      We regret having to involve the Court on this but our efforts to resolve it outside of the Court's involvement have gone nowhere. We appreciate the Court's attention to this submission and we are available to answer any questions.

                                Respectfully submitted,
                                LIPSKY LOWE LLP

By **December 12, 2023**, Defendant shall file its Notice of Appearance and its Rule 7.1 Disclosure Statement.

SO ORDERED.

Dated: December 5, 2023
       New York, New York

                                ANALISA TORRES
                                United States District Judge