UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CECE KROMAH, Individually and on behalf of all other persons similarly situated,

        Plaintiff,

-against-

AMERIVENTS CATERING LLC,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/16/2024_

23 Civ. 8152 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On September 19, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by January 12, 2024. ECF No. 7. Those submissions are now overdue.

Accordingly, by **February 12, 2024**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 16, 2024
      New York, New York

ANALISA TORRES
United States District Judge