```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KROMAH, et al.,

                                 Plaintiffs,                          23-CV-8152 (AT) (KHP)

        -against-                                                 DISCOVERY ORDER

AMERIVENTS CATERING LLC,

                                 Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       As discussed at the Case Management Conference on September 12, 2024, the deadline for fact discovery is **December 31, 2024**. The parties shall file a joint status letter by **November 15, 2024**, updating the Court on the status of discovery.

**SO ORDERED.**

DATED:    New York, New York
               September 12, 2024

                                                        _____
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge